UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| A & A ELECTRONIC TAX SERVICES<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 7:25-CV-428 |
| | § | |
| UNDERWRITERS AT LLOYDS LONDON<br>*Defendant.* | §<br>§<br>§ | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, A & A ELECTRONIC TAX SERVICES, hereby advises the Court that the parties have settled this matter and are working on exchange of settlement documentation and funding. The parties request 60 days to complete these tasks before the Court dismisses the case upon final motion by the parties.

Respectfully submitted,

*/s/ Omar Ochoa*
Omar Ochoa
S.D. Tex. Bar No. 2081960
**OMAR OCHOA LAW FIRM PC**
121 N. 10th Street
McAllen, Texas 78501
Tel: (956) 630-3266
propertydamage@omarochoalaw.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument was filed via the Court's *ECF system* and caused to be served on all parties pursuant to the Federal Rules of Civil Procedure on January 21, 2026.

                                                     */s Omar Ochoa*
                                                     Omar Ochoa